IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADRIENNE DREW, as Personal Representative of the Estate of WENDY ANN WHITAKER, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACT. NO. 2:23CV8-ECM |
| WATERFORD PLACE ALF, LLC; *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On June 27, 2023, the Court was informed that the parties have reached a settlement in this case. Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid. It is further

ORDERED that all deadlines are terminated, and all motions are denied as moot.

DONE this 27th day of June, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE